IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, <br><br> Plaintiff, <br><br> vs. <br><br> ORION ROSS, JOHN DOE, and JANE DOE, <br><br> Defendants. | 8:22CV115 <br><br> MEMORANDUM AND ORDER |

On March 29, 2022, the court ordered Plaintiff to file a signed copy of his Complaint within 15 days or his Complaint may be stricken from the record of this case. (Filing 2.) To date, Plaintiff has not filed a signed copy of his Complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 27th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge